UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-80764-CIV-SINGHAL/Matthewman

JUSTIN FRANCIS, on his own behalf and on
behalf of those similarly situated,

    Plaintiff,

v.

BADCOCK'S ECONOMY FURNITURE
STORE, INC. d/b/a BADCOCK HOME
FURNITURE AND MORE,

    Defendants.

_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE
## FOR SETTLEMENT CONFERENCE

**THIS CAUSE** is before the Court on the parties' Joint Motion for Settlement Conference with Magistrate Judge (DE [22]), filed November 8, 2021. Having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Settlement Conference with Magistrate Judge (DE [22]) is **GRANTED**.

1. United States Magistrate Judge William Matthewman is approved to oversee a settlement conference in this matter.

2. Magistrate Judge William Matthewman will notify the parties of the date and time of the settlement conference.

3. If Magistrate Judge William Matthewman is unable to settle this matter, the parties shall complete mediation in accordance with the Court's Scheduling Order (DE [18]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of November 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF