UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 21-cv-80764-Matthewman

JUSTIN FRANCIS, on his own behalf
and on behalf of those similarly situated,

    Plaintiffs,

vs.

BADCOCK'S ECONOMY
FURNITURE STORE, INC. d/b/a
BADCOCK HOME FURNITURE
AND MORE, a Florida Profit
Corporation,

    Defendant.
_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT AGREEMENT [DE 27], APPROVING SETTLEMENT, AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** came before the Court upon the Plaintiff, Justin Francis' ("Plaintiff") and Defendant, Badcock's Economy Furniture Store, Inc.'s ("Defendant") Joint Motion to Review and Approve FLSA Agreement ("Motion") [DE 27]. In their Motion, the parties seek an Order approving the settlement they entered into at the December 6, 2021 settlement conference before the undersigned Magistrate Judge and dismissing this action with prejudice. *Id.*

The Court held a fairness hearing via Zoom video teleconference (VTC) on December 14, 2021, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiff's claims alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. All parties' counsel represented that the settlement is fair and reasonable and that Plaintiff and Defendant are in agreement with the terms of the settlement.

The Court has reviewed the Motion, the General Release of FLSA Claims and

Confidentiality Agreement attached thereto, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Plaintiff is being paid an amount he believes he is owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable. Based on the foregoing, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiff's FLSA claims to be fair and reasonable. The Court also finds that the settlement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the Motion [DE 27] is **GRANTED**.
2. The parties' settlement is **APPROVED**.
3. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement should such enforcement become necessary.
4. The above-style action is **DISMISSED WITH PREJUDICE**.
5. The Clerk of Court is directed to CLOSE this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 14th day of December 2021.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge